UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Richard Roosevelt Glasper**                          **Docket No. 2:12-CR-18-1BO**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Roosevelt Glasper, who, upon an earlier plea of guilty to Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(B)(i), was sentenced in the Eastern District of Virginia by the Honorable Jerome B. Friedman, U.S. District Judge, on April 23, 2010, to the custody of the Bureau of Prisons for a term of 45 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Richard Roosevelt Glasper was released from custody on January 18, 2012, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On May 29, 2012, our office filed a Violation Report with the Eastern District of Virginia advising that urine specimens collected from Glasper on April 11, 2012, and May 9, 2012, tested positive for opiates. The defendant subsequently admitted that the positive urinalyses were due to his use of heroin. In an effort to provide Glasper with an opportunity to participate in intensive substance abuse treatment through the Department of Veteran's Affairs (VA), he was continued under supervision without modification. The defendant subsequently participated in residential substance abuse treatment through the VA from July 17, 2012, until his successful discharge on November 17, 2012.

On August 2, 2012, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 28, 2016, a urine specimen collected from Glasper on July 15, 2016, was determined by the national laboratory to be positive for codeine, hydromorphone, and morphine. On August 11, 2016, when confronted with the urinalysis, the defendant admitted that the positive results were due to his use of heroin four or five days prior to July 15, 2016. Glasper also admitted that he used heroin on July 30, 2016. He signed a written statement admitting to his drug use. As a sanction for the defendant's violations, we are respectfully recommending that he be placed in the home detention program for a period of 60 days. Glasper signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Richard Roosevelt Glasper
2:12-CR-18-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909
Phone: 252-335-5508
Executed On: September 2, 2016

## ORDER OF THE COURT

Considered and ordered this 5 day of September, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge